UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-23450-CIV-MORENO

OSIRIS MENDEZ and JUAN FALCON,

    Plaintiffs,

vs.

D.V.R. PROTECTION COMPANY, INC., and
IVAN MARTINEZ,

    Defendants.
_____/

CLOSED CIVIL CASE

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Defendants' Motions to Dismiss (**D.E. No. 5 and 6**), filed on **December 11, 2009**.

THE COURT has considered the motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motions are GRANTED. The Court agrees with Defendants that Plaintiffs have failed to sufficiently plead the Court's jurisdiction over this matter. Additionally, pursuant to S.D. Fla. L.R. 7.1(C), the Court finds sufficient grounds for granting these motions by default because Plaintiffs have failed to respond. Accordingly, it is

**ADJUDGED** that this case is DISMISSED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January, 2010.

                                                FEDERICO A. MORENO
                                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record